ENTERED
06/25/2020

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:**<br><br>**SABLE PERMIAN RESOURCES, LLC,**<br><br>**Debtor.**<br><br>**Tax I.D. No. 47-2095172** | §<br>§<br>§<br>§<br>§<br>§<br>§ | **Chapter 11**<br><br>**Case No. 20-33193 (MI)**<br><br>**(Emergency Hearing Requested)** |
| **In re:**<br><br>**SPR STOCK HOLDINGS, LLC,**<br><br>**Debtor.**<br><br>**Tax I.D. No. 47-2102065** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Chapter 11**<br><br>**Case No. 20-33195 (MI)**<br><br>**(Emergency Hearing Requested)** |
| **In re:**<br><br>**SABLE PERMIAN RESOURCES OPERATING, LLC,**<br><br>**Debtor.**<br><br>**Tax I.D. No. 37-1803212** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Chapter 11**<br><br>**Case No. 20-33196 (MI)**<br><br>**(Emergency Hearing Requested)** |
| **In re:**<br><br>**SPR HOLDINGS, LLC,**<br><br>**Debtor.**<br><br>**Tax I.D. No. 46-5523611** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Chapter 11**<br><br>**Case No. 20-33197 (MI)**<br><br>**(Emergency Hearing Requested)** |
| **In re:**<br><br>**SPRH FINANCE CORPORATION,**<br><br>**Debtor.**<br><br>**Tax I.D. No. 47-2071390** | §<br>§<br>§<br>§<br>§<br>§<br>§ | **Chapter 11**<br><br>**Case No. 20-33198 (MI)**<br><br>**(Emergency Hearing Requested)** |

| | | |
|---|---|---|
| **In re:**<br><br>**SABLE PERMIAN RESOURCES CORPORATION,**<br><br>**Debtor.**<br><br>**Tax I.D. No. 47-2489049** | § | **Chapter 11**<br><br>**Case No. 20-33199 (MI)**<br><br>**(Emergency Hearing Requested)** |
| **In re:**<br><br>**SABLE PERMIAN RESOURCES FINANCE, LLC,**<br><br>**Debtor.**<br><br>**Tax I.D. No. 46-5576841** | § | **Chapter 11**<br><br>**Case No. 20-33200 (MI)**<br><br>**(Emergency Hearing Requested)** |
| **In re:**<br><br>**SPR FINANCE CORPORATION,**<br><br>**Debtor.**<br><br>**Tax I.D. No. 47-1140359** | § | **Chapter 11**<br><br>**Case No. 20-33201 (MI)**<br><br>**(Emergency Hearing Requested)** |
| **In re:**<br><br>**SABLE LAND COMPANY, LLC**<br><br>**Debtor.**<br><br>**Tax I.D. No. 83-1237101** | § | **Chapter 11**<br><br>**Case No. 20-33202 (MI)**<br><br>**(Emergency Hearing Requested)** |

**ORDER DIRECTING JOINT**
**ADMINISTRATION OF RELATED CHAPTER 11 CASES**

**[Relates to Motion at Docket No. 2 ]**

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting

[1] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that this Court may enter a final order consistent with Article III of the United States Constitution; and ex parte relief being appropriate, it is **HEREBY ORDERED THAT**:

1. The above-captioned will be jointly administered by this Court under Case No. 20-33193 (MI). All of the jointly administered cases not previously assigned to Judge Isgur are transferred to Judge Isgur.

2. Additionally, the following checked items are ordered:

a. ☒ One disclosure statement and plan of reorganization may be filed for all of the cases by any plan proponent.

b. ☒ Parties may request joint hearings on matters pending in any of the jointly administered cases.

c. ☒ Other: See below.

3. The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **SABLE PERMIAN RESOURCES, LLC, *et al.*,** | § | **Case No. 20-33193 (MI)** |
| | § | |
| **Debtors.[1]** | § | **(Jointly Administered)** |

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Sable Permian Resources, LLC (5172); SPR Stock Holdings, LLC (2065); Sable Permian Resources Operating, LLC (3212); SPR Holdings, LLC (3611); SPRH Finance Corporation (1390); Sable Permian Resources Corporation (9049); Sable Permian Resources Finance, LLC (6841); SPR Finance Corporation (0359); and Sable Land Company, LLC (7101). The location of the Debtors' main corporate headquarters and the Debtors' service address is: 700 Milam Street, Suite 3100, Houston, TX 77002.

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. All pleadings and other documents to be filed in the jointly administered cases shall be filed and docketed in the case of Sable Permian Resources, LLC, *et al.*, Case No. 20-33193 (MI).

6. A docket entry, substantially similar to the following, shall be entered on the dockets of each of the Debtors other than Sable Permian Resources, LLC to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration of the chapter 11 cases of: Sable Permian Resources, LLC, Case No. 20-33193; SPR Stock Holdings, LLC, Case No. 20-33195; Sable Permian Resources Operating, LLC, Case No. 20-33196; SPR Holdings, LLC, Case No. 20-33197; SPRH Finance Corporation, Case No. 20-33198; Sable Permian Resources Corporation, Case No. 20-33199; Sable Permian Resources Finance, LLC, Case No. 20-33200; SPR Finance Corporation, Case No. 20-33201; and Sable Land Company, LLC, Case No. 20-33202. **All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 20-33193 (MI).**

7. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

8. The Debtors may file monthly operating reports and post-effective date quarterly operating reports on a consolidated basis, but shall track and break out income and disbursements on a Debtor-by-Debtor basis.

9. Any party in interest may request joint hearings on matters pending in any of the Chapter 11 Cases.

10. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

11. Nothing contained in the Motion or this Order shall be deemed or construed as affecting the rights of parties in interest to object to, and be heard on, the appointment of any committee of creditors under 11 U.S.C. § 1102, and all such rights are reserved.

12. Notice of the Motion as provided therein shall be deemed good and sufficient notice thereof, and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

13. The Debtors are authorized to take all actions necessary or appropriate to effectuate the relief granted in this Order in accordance with the Motion.

14. Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry.

15. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: June 25, 2020

Marvin Isgur
United States Bankruptcy Judge