UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| In re: Sable Permian Resources Finance, LLC | § | Case No. 20-33200 |
| | § | Lead Case No. 20-33193 |
| | § | |
| Debtor(s) | § | ☒ Jointly Administered |

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2021

Petition Date: 06/25/2020

Plan Confirmed Date: 01/29/2021

Plan Effective Date: 02/01/2021

This Post-confirmation Report relates to: ◉ Reorganized Debtor

○ Other Authorized Party or Entity: ____________________

Name of Authorized Party or Entity

/s/ Paul F. Jansen
Signature of Responsible Party

Paul F. Jansen
Printed Name of Responsible Party

07/20/2021
Date

909 Fannin St., Suite 4000 Houston, TX, 77010
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Sable Permian Resources Finance, LLC　　Case No. 20-33200

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $0 | $2,195,902 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $0 | $2,195,902 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | $0 | $0 | $0 | $0 |
| | ii | | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | $0 | $0 | $0 | $0 |
| | ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $38,081,994 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report? Yes (●) No ( )

If yes, give date Final Decree was entered: 06/29/2021

If no, give date when the application for Final Decree is anticipated: ______

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? Yes (●) No ( )

Debtor's Name Sable Permian Resources Finance, LLC Case No. 20-33200

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Paul F. Jansen
Signature of Responsible Party

Paul F. Jansen
Printed Name of Responsible Party

Plan Administrator and Liquidating Trustee
Title

07/20/2021
Date

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

Each Allowed[1] claim that received a disbursement is included on the post-confirmation report (the "PCR") for the applicable Debtor entity that made such disbursement.

The total anticipated payments under the Plan for administrative claims, secured claims, and priority claims include the amounts of such Claims that have been Allowed pursuant to the terms of the Plan plus the reasonable Filed amounts of such Claims that have not yet been reconciled against the Debtors' books and records. Unreconciled or unresolved administrative claims, secured claims, and priority claims are included on the PCR for the applicable Debtor entity against which each such Claim is asserted.

Data related to general unsecured claims includes data related to Unsecured Note Claims (Class 9), General Unsecured Claims against SPR (Class 10A), General Unsecured Claims against SPR OpCo (Class 10B), General Unsecured Claims against Sable Land (Class 10C), and General Unsecured Claims against the Other Debtors (Class 10D). The anticipated payments under the Plan on account of the Unsecured Note Claims are undetermined at this time.

Data related to Priority Tax Claims, DIP New Money Claims (Class 3), DIP Roll-Up Claims (Class 4), RBL Credit Facility Claims (Class 5), Secured Notes Claims (Class 6), RBL Credit Deficiency Claims (Class 7), and Secured Notes Deficiency Claims (Class 8) were omitted from the PCR as it does not correspond to the form.

Reconciliation of certain Claims remains ongoing and, provided that all Claims have not been reconciled as of the date this PCR is filed, total anticipated payments under the Plan may vary significantly depending on, among other things, allowance or disallowance of Claims.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Debtors' *Third Amended Joint Plan of Reorganization and Liquidation for Sable Permian Resources, LLC and its Affiliate Debtors* [Docket No. 819] (the "Plan").